Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP,<br><br>    Defendant. | CASE NO. 2:21-cv-01147-RFB-NJK<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Second Request) |

Plaintiff and Defendant[1] stipulate and agree that Defendant has up to and including October 15, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide Defendant additional time to investigate Plaintiff's allegations and for Defendant to prepare a response. This is defendant's second request for an extension. (*See* ECF 5.) The current deadline to file a response is October 1, 2021. Therefore, pursuant to LR IA 6-1, this stipulation is timely.

This is the first request for an extension, and it is made in good faith and not

---

[1] By filing this Stipulation, Defendant is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

DMWEST #41884203 v1

for purposes of delay.

Dated: October 1, 2021

| BALLARD SPAHR LLP | FREEDOM LAW FIRM |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant* | By: /s/ Gerardo Avalos<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 4, 2021