George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff William Martin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William Martin, | Case No.: 2:21-cv-01147-RFB-NJK |
| Plaintiff(s,) | **Stipulation of dismissal of Rausch Sturm Israel Emerson & Hornik LLP with prejudice** |
| v. | |
| Rauch Sturm, | |
| Defendant(s.) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, William Martin and Rausch Sturm Israel Emerson & Hornik LLP stipulate to dismiss Plaintiff's claims against Rausch Sturm Israel Emerson & Hornik LLP with prejudice.

///

///

///

STIPULATION            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 14, 2021.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff William Martin*

**Ballard Spahr**

/s/ Joel Tasca
Joel Tasca, Esq.
Ballard Spahr
1980 Festival Plaza Dr #900
Las Vegas, Nevada 89135
*Counsel for Rausch Sturm Israel Emerson & Hornik LLP*

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED:  December 28, 2021

STIPULATION                                              - 2 -